**Order entered October 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00998-CV

## IN RE JOSHUA SALLEY, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-55157-2014**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of today's date, we **DENY** relator's petition for

writ of mandamus. We also **DENY** relator's emergency motions to stay.

/s/     KEN MOLBERG
        JUSTICE